**92–426.** Toledo Bar Assn. v. Leizerman. Upon consideration of the motion of the Academy of Rail Labor Attorneys and the Association of Trial Lawyers of America for leave to file brief *amicus curiae*,

IT IS ORDERED by the court that said motion for leave to file brief *amicus curiae* be, and the same is hereby, granted, effective May 28, 1992.

MOYER, C.J., dissents.

RESNICK, J., not participating.

**92–426.** Toledo Bar Assn. v. Leizerman. Upon consideration of the motion of John J. Rossi, James L. Cox, Jr., Bob Gibbins and Jeff White for leave to appear *pro hac vice*,

IT IS ORDERED by the court that said motion to appear *pro hac vice* be, and the same is hereby, granted, effective May 28, 1992.

MOYER, C.J., dissents.

RESNICK, J., not participating.

## MISCELLANEOUS DISMISSALS

**92–571.** McCarthy v. Groszewski. *Lucas County*, No. L–91–199. *Sua sponte*, cause dismissed for want of prosecution, effective May 28, 1992.

**92–613.** State v. Robinson. *Montgomery County*, No. CA 12000. *Sua sponte*, cause dismissed for want of prosecution, effective May 26, 1992.

**92–788.** State ex rel. Keenan v. McGrath. *Cuyahoga County*, No. 63198. This cause, here on appeal from the Court of Appeals for Cuyahoga County, was considered in the manner prescribed by law. Upon consideration of appellant's application to dismiss,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective May 28, 1992.

**92–804.** Sykes Constr. Co. v. Martell. *Summit County*, Nos. 15034 and 15038. Cause dismissed, on appellant's application for dismissal, effective May 28, 1992.

*Tuesday, June 2, 1992*

## MOTION DOCKET

**91–2384.** Tokles & Sons, Inc. v. Midwestern Indemn. Co. *Lucas County*, No. L–89–395. On motion to dismiss, motion to strike appellant's record and to dismiss, and motion to strike appellee's motion for reconsideration and motion to vacate order. Motions denied.

RESNICK, J., not participating.

On motion for leave to file record instanter. Motion granted.

SWEENEY, HOLMES and DOUGLAS, JJ., dissent.

John W. McCormac, J., of the Tenth Appellate District, sitting for RESNICK, J.

## DISCIPLINARY DOCKET

**92–417.** Cincinnati Bar Assn. v. Fehler–Schultz. Upon consideration of respondent's motion to stay the proceedings before this court and/or to consolidate the above-styled cause with *Cincinnati Bar Assn. v. Thomas P. Woods*, which is presently pending before the Board of Commissioners on Grievances and Discipline,

IT IS ORDERED by the court that said motion be, and the same is hereby, denied, effective June 1, 1992.

HOLMES and H. BROWN, JJ., dissent.